IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00449-RPM

SCHMETTER & ASSOCIATES, LLC,

        Plaintiff,

v.

BERNZOTT CAPITAL ADVISORS CORPORATION d/b/a
BERNZOTT CAPITAL ADVISORS, and
KEVIN BERNZOTT,

        Defendants.
_____

### ORDER VACATING SCHEDULING CONFERENCE
_____

Upon reassignment of this civil action and this Court's case management procedures, it is

ORDERED that the Minute Order setting a scheduling conference entered on March 19, 2015, by Magistrate Judge Craig B. Shaffer [Doc. 5] is vacated.

DATED:   May 26th, 2015

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior Judge