IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00449-RPM

SCHMETTER & ASSOCIATES, LLC,

        Plaintiff,

v.

BERNZOTT CAPITAL ADVISORS CORPORATION d/b/a
BERNZOTT CAPITAL ADVISORS, and
KEVIN BERNZOTT,

        Defendants.
_____

ORDER DENYING DEFENDANTS' MOTION TO DISMISS OR TRANSFER
_____

On April 20, 2015, Defendants Bernzott Capital Advisors Corporation d/b/a Bernzott Capital Advisors and Kevin Bernzott filed a Motion to Dismiss for Lack of Personal Jurisdiction or, Alternatively, for Transfer to the Central District of California, [Doc. 9]. The plaintiff filed opposition on May 11, 2015, [Doc. 12]. Considering the allegations of the complaint and the exhibits attached to it, the plaintiff has established personal jurisdiction and there is no basis for transferring this civil action to California. Accordingly, it is

    ORDERED that the motion to dismiss or transfer is denied.

    DATED:  May 26th, 2015

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior Judge