**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00449-RPM-CBS

**SCHMETTER & ASSOCIATES, LLC**, a Colorado limited liability company,

    Plaintiff,

v.

**BERNZOTT CAPITAL ADVISORS CORPORATION**
d/b/a **BERNZOTT CAPITAL ADVISORS**, a California corporation, and
**KEVIN BERNZOTT**, an individual,

    Defendants.
_____

**ORDER GRANTING PLAINTIFF'S AND DEFENDANTS' JOINT MOTION TO AMEND
SCHEDULING ORDER**
_____

    THIS MATTER is before the Court on Plaintiff's and Defendants' Joint Motion to Amend Scheduling Order. The Court has reviewed the motion and file, and good cause appearing therefor, GRANTS the motion. The Scheduling Order is amended to reflect: June 18, 2016 (for Plaintiff) and July 18, 2016 (for Defendants), as the date for the parties' expert witness disclosures, pursuant to F.R.C.P. 26(a)(2); August 18, 2016, as the date for the parties' disclosure of rebuttal experts, pursuant to F.R.C.P. 26(a)(2); June 18, 2016 as the discovery cut-off date; and August 18, 2016 as the deadline for filing dispositive motions, with any remaining deadlines to be determined consistent therewith.

    **DATED**: February 17, 2016.

                                            **BY THE COURT:**

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior Judge