# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 15-cv-00449-RPM**

**SCHMETTER & ASSOCIATES, LLC**, a Colorado limited liability company,

    Plaintiff,

v.

**BERNZOTT CAPITAL ADVISORS CORPORATION**
d/b/a **BERNZOTT CAPITAL ADVISORS**, a California corporation, and
**KEVIN BERNZOTT**, an individual,

    Defendants.
_____

## ORDER GRANTING PLAINTIFF'S AND DEFENDANTS' JOINT MOTION TO FURTHER AMEND SCHEDULING ORDER
_____

THIS MATTER is before the Court on Plaintiff's and Defendants' Joint Motion to Further Amend the Scheduling Order [Doc. 32].

The Court has reviewed the motion and file, and good cause appearing therefor, GRANTS the motion. The Scheduling Order is further amended to reflect: August 16, 2016 (for Plaintiff) and September 16, 2016 (for Defendants), as the date for the parties' expert witness disclosures, pursuant to F.R.C.P. 26(a)(2); October 17, 2016 as the date for the parties' disclosure of rebuttal experts, pursuant to F.R.C.P. 26(a)(20; August 16, 2016 as the discovery cut-off date; and October 17, 2016 as the deadline for filing dispositive motions, with any remaining deadlines to be determined consistent therewith

**DATED**: April 14, 2016.

                                          **BY THE COURT:**

                                          **S/Richard P. Matsch**
                                          _____
                                          Richard P. Matsch, Senior Judge